JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ALATORRE QUINTERO,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Respondents. | Case No. 5:25-cv-02099-CV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

DATE: 7/1/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE